

UNIVERSAL CONDITION TOWER, 625 CHEUNG
KOK ROAD, KOWLOON, HK.

©2017 Google · Site Terms of Service  Privacy  Developers  Artists  About Google
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

Exhibit 15
Page 317
Reflex 005086